BARRY J. PORTMAN
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant WINSKOWSKI

FILED

NOV 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUVINNA WINSKOWSKI, <br><br> Defendants. | No. CR 11-00143-DLJ <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENSE MOTION FOR RECONSIDERATION OF BOND <br><br> Hon. Howard. R. Lloyd |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and jointly request that the hearing date currently set in this matter for Thursday December 1, 2011, at 1:30 p.m., be continued to Wednesday, December 14, 2011, at 1:30 p.m.

Counsel for Ms. Winskowski previously requested this matter be placed on calendar on December 1, 2011, for a hearing on a defense motion to reopen the detention hearing based on changed circumstances, and set conditions releasing the defendant to a residential drug treatment facility. Defense counsel requires additional time to prepare and submit arguments in support of the defense motion for reconsideration of bond, and therefore respectfully request a continuance of the hearing date to December 14, 2011, at 1:30 p.m.

Accordingly, the parties therefore respectfully request that the Court continue the hearing date previously set on December 1, 2011, at 1:30 a.m. to December 14, 2011, at 1:30 p.m.

Dated: November 17, 2011

/s/
VARELL L. FULLER
Assistant Federal Public Defender

Dated: November 17, 2011

/s/
ALLISON MARSTON DANNER
Assistant United States Attorney

[PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ORDERED that the hearing on the defense motion for reconsideration of bond previously set for Thursday, December 1, 2011, is continued to Wednesday, December 14, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 23, 2011

THE HON. HOWARD R. LLOYD
United States Magistrate Judge